UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LISA ROSS,                                       CASE NO.   3:13-cv-020

      Plaintiff,                                  **Judge Timothy S. Black**

    **-vs-**

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found to be **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and it is **REVERSED;** this matter is **REMANDED** to the Commissioner for an immediate award of benefits beginning April 29, 2009; and this case is **CLOSED** from the docket of the Court.

Date: November 12, 2013                              **JOHN P. HEHMAN, CLERK**

                                             By: *s/ M. Rogers*
                                           Deputy Clerk