UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**LISA ROSS,**                  **CASE NO.  3:13-cv-020**

    Plaintiff,                 **Judge Timothy S. Black**

   **-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**AMENDED JUDGMENT IN A CIVIL CASE**
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found to be **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and it is **REVERSED;** this matter is **REMANDED** to the Commissioner for an immediate award of benefits beginning April 2, 2009; and this case is **CLOSED** from the docket of the Court.

Date: November 12, 2013                          **JOHN P. HEHMAN, CLERK**

                                                     By: *s/ M. Rogers*
                                                     Deputy Clerk